[No. 23532–0–I.   Division One.   September 17, 1990.]

ALLAN S. BAKER, *Appellant, v.* SNOHOMISH COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–2–02372–5, Dennis J. Britt, J.,

entered December 14, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Swanson, J.